JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PATRICIA POTTER and WILLIAM H. POTTER, as a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE,<br><br>Defendant. | NO.  3:16-cv-05406-BHS<br><br>**DECLARATION OF SOK-KHIENG LIM IN OPPOSITION TO AMERICAN FAMILY'S MOTION FOR SUMMARY JUDGMENT RE MEASURE OF DAMAGES**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Hearing Date:<br>November 18, 2016 |

COMES NOW Sok-Khieng Lim, under penalty of perjury, and deposes and testifies as follows:

1.     I am one of the attorneys of record for Plaintiffs in this matter, I make this declaration based upon personal knowledge, and I am competent to make the same.

2.     On June 1, 2014, Plaintiff, Patricia Potter was a fault-free driver involved in a high-speed motor vehicle collision with third-party driver Michael Bowlin, who was

**DECLARATION  OF SOK-KHIENG LIM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**3:16-cv-05406-BHS**
Page 1

**DAVIES PEARSON**, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

intoxicated and uninsured.   Mrs. Potter sustained severe injuries and damages as a result of that collision, for which she sought treatment.   Among other injuries, Mrs. Potter was diagnosed with a closed head injury and post-concussion syndrome. Symptoms of and treatment for these injuries are expected to continue into the future and may be permanent. She also was laid off from her job, as her medical conditions prevented her from performing her job duties. Mrs. Potter continues to suffer from debilitating symptoms related to the accident.

3.     At the time of the collision, Mrs. Potter and her husband had in effect a valid polity of insurance issued by American Family Insurance ("American Family") which included Uninsured Motorist ("UM") coverage for Mrs. Potter with a limit of $100,000 per person.   The policy did not contain any Personal Injury Protection ("PIP") coverage or benefits.

4.     By letter dated June 16, 2014, attorney Ben Zielinski of my office, who represented the Potters in their UM case, notified American Family of our office's representation of Mrs. Potter for injuries related to the collision.  Due to the severe nature of Mrs. Potter's injuries, on June 15, 2015 Mr. Zielinski sent a policy limits demand to American Family, which included all of her accident related medical records and billings. Attached as Exhibit "**A**" is a true and correct copy of that letter, without attachments.

**DECLARATION  OF SOK-KHIENG LIM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**3:16-cv-05406-BHS**
Page 2

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

5.      On August 31, 2015, American Family rejected Mrs. Potter's policy limits demand via letter and offered $41,701.19 to settle her claim, even though she had sustained a severe head injury from a high impact T-bone collision.  Attached as Exhibit "**B**" is a true and correct copy of letter.  Of note, as of that date American Family had not conducted any physical examination of Mrs. Potter or hired any medical doctor to perform a records review.  Mr. Zielinski contacted American Family via telephone later that same day seeking the factual basis of rejecting Mrs. Potter's policy limits demand.  American Family could not provide any specific reasoning for its decision.

6.      Because American Family refused to explain its low settlement offer and there was no evidence that they were willing to consider anything even close to a realistic settlement value, on August 31, 2015 Mrs. Potter was forced to request an arbitration hearing with American Family pursuant to the provisions of her UM automobile police.  Mrs. Potter had not wanted to pursue litigation, but at that point she had no other option.

7.      During the discovery proceedings, Mr. Zielinski repeatedly questioned American Family's counsel about the basis for not paying policy limits for a head injury such as the one that Mrs. Potter sustained.  The only answers our office received was that American Family did not value this at policy limits and were not going to pay policy limits.

8.      On January 6, 2016, American Family offered to settle Mrs. Potter's claim for $50,000 and threatened that if the plaintiffs did not accept this offer, then American

**DECLARATION OF SOK-KHIENG LIM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**3:16-cv-05406-BHS**
Page 3
rml / s:\2xxxx\21xxx\216xx\21667\3 - bad faith\pleadings\sok decl resp to amfam mot for sj.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  Family would continue to litigate the claim and depose plaintiffs' two treating physicians

2  and schedule a defense medical exam, forcing plaintiffs to incur additional attorney's fees

3  and costs. Attached as Exhibit "**C**" is a true and correct copy of an e-mail Mr. Zielinski

4  received from American Family's counsel Michelle Menely documenting this conversation.

5  As of that date, American Family still had not conducted any formal medical evaluation of

6  Mrs. Potter before rejecting her policy limits demand.

7         9.     On January 8, 2016, Mr. Zielinski sent American Family a letter again

8  questioning the valuation process of Mrs. Potter's UM claim and the basis to deny a policy

9  limits demand.   Attached as Exhibit "**D**" is a true and correct copy of this letter.   At

10  attached as Exhibit "**E**" is a true and correct copy of the letter dated January 11, 2016 that

11  he received from American Family's counsel in response.  In this letter, American Family

12  expressly refused to provide any information about how it had valued its initial settlement

13  offer, but it did confirm that American Family was going to schedule the depositions of

14  Mrs. Potter's treating providers and arrange for a defense medical examination.

15        10.    On February 29, 2016, the parties participated in binding arbitration, and

16  the plaintiffs were awarded $130,259.41.  American Family subsequently issued a check to

17  plaintiffs in the amount of $100,000.00, the policy limits.  However, American Family did

18  not issue a check for the full arbitration award and has refused to proffer any amount

19

20

21

22

23  **DECLARATION  OF SOK-KHIENG LIM IN**
    **OPPOSITION TO MOTION FOR SUMMARY**
24  **JUDGMENT**
    **3:16-cv-05406-BHS**
25  Page 4

26  mtl / s:\2xxxx\21xxx\216xx\21667\3 - bad faith\pleadings\sok decl resp to amfam mot for sj.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1   beyond the policy limits.   It still has never provided any information to support its initial

2   settlement offer or for forcing the Potters into litigation.

3       11.     Attached as Exhibit **"F"** is a true and correct copy of the Order Granting in

4   Part Plaintiff's Motion for Summary Judgment and Certifying Question to State Supreme

5   Court in the matter of *Morella v. Safeco Insurance Company*, WDWA at Seattle, No. C12-0672-

6   RSL (2013).

7       12.     Attached as Exhibit **"G"** is a true and correct copy of excerpts from the

8   2007 State of Washington Voters' Pamphlet, including pages 3, 13-15, and 29-30.

9

10      13.     Attached as Exhibit **"H"** is a true and correct copy of correspondence from

11  Mr. Zielinski to American Family's counsel dated January 25, 2016.

12      I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE

13  STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

14      SIGNED at Tacoma, WA this 14th day of November, 2016.

15                              DAVIES PEARSON, P.C.

16
17                              /s/ Sok-Khieng K. Lim
                                Sok-Khieng K. Lim, WSB#30607
18                              Attorneys for Plaintiffs
                                Davies Pearson, P.C.
19                              920 Fawcett Ave.
                                Tacoma, WA  98402
20                              T: 253-620-1500 F: 253-572-3052
                                Email:  slim@dpearson.com
21

22

23  **DECLARATION  OF SOK-KHIENG LIM IN**          **DAVIES PEARSON, P.C.**
    **OPPOSITION TO MOTION FOR SUMMARY**              ATTORNEYS AT LAW
24  **JUDGMENT**                                   920 FAWCETT -- P.O. BOX 1657
                                                   TACOMA, WASHINGTON 98401
25  **3:16-cv-05406-BHS**                          TELEPHONE (253) 620-1500
    Page 5                                         TOLL-FREE (800) 439-1112
26  nnl / s:\2xxxx\21xxx\216xx\21667\3 - bad faith\pleadings\sok decl resp to amfam mot for sj.doc   FAX (253) 572-3052

## CERTIFICATE OF SERVICE

1

2          Pursuant to the United States District Court Electronic Case Filing rules, the
undersigned certifies under penalty of perjury under the laws of the State of Washington,
3   that on the *14th* day of *November* 2016, the foregoing document was
presented to the Clerk of the Court for filing and uploading to the United States District
4   Court Western District of Washington Electronic Case Filing system.
           In accordance with the Court's rules, the Clerk of the Court will send electronic
5   notification of such filing to the following person(s):

6   Counsel for Defendant:

7
Rory W. Leid, III
8   Jenna R. Oates
COLE, WATHEN, LEID, HALL, PC
9   303 Battery Street
Seattle, WA  98121
10

11  Email addresses:  rleid@cwlhlaw.com; croslaniec@cwlhlaw.com; jsherred@cwlhlaw.com;
nreynolds@cwlhlaw.com; and sgunderson@cwlhlaw.com
12

13          DATED this *14* day of *November*, 2016.

14                                              DAVIES PEARSON, P.C.

15
                                                /S/ Kathy Bates
16                                              Kathy Bates, Legal Assistant

17

18

19

20

21

22

23  **DECLARATION  OF SOK-KHIENG LIM IN**         **DAVIES PEARSON, P.C.**
                                                       ATTORNEYS AT LAW
24  **OPPOSITION TO MOTION FOR SUMMARY**         920 FAWCETT -- P.O. BOX 1657
    **JUDGMENT**                                   TACOMA, WASHINGTON 98401
25  **3:16-cv-05406-BHS**                          TELEPHONE (253) 620-1500
                                                  TOLL-FREE (800) 439-1112
    Page 6                                          FAX (253) 572-3052
26  kb / s:\2xxxx\21xxx\216xx\21667\3 - bad faith\pleadings\sok decl resp to amfam mot for sj.doc